UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CRAFTMARK HOMES, INC. | ) | |
| 1355 Beverly Road, Ste. 330 | ) | |
| McLean, VA 22101, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| GEORGETOWN BUILDERS, INC. | ) | |
| 6333 Georgetown Pike | ) | |
| McLean, VA 22101 | ) | |
| | ) | |
| Defendant. | ) | |

## **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

The Plaintiff, by its undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1(1)(b), respectfully discloses the following:

1.     Plaintiff, Craftmark Homes, Inc. ("Craftmark"), is a closely held Virginia corporation with its principal place of business in McLean, Virginia.  Craftmark's owners are David D. Flanagan Revocable Trust, Kenneth G. Malm Revocable Trust, Robert C. Malm, Christopher M. Malm and Matthew C. Treuth.

Respectfully submitted,

   /s/  Sean P. Sherman_____
Sean P. Sherman (VA Bar No. 31949)
ssherman@shulmanrogers.com
William F. Gibson II (VA Bar No. 45397)
wgibson@shulmanrogers.com
SHULMAN ROGERS, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland, 20854
(301) 230-0540; (301) 230-2891 (fax)
*Counsel for Plaintiff*

1