UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CRAFTMARK HOMES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GEORGETOWN BUILDERS, INC. | ) |
| | ) |
| Defendant. | ) |

Civil Action No. 1:26-cv-2040

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of William F. Gibson II of Shulman Rogers, P.A. as co-counsel for the Plaintiff in the above-captioned lawsuit.

Dated:  July 10, 2026                          Respectfully submitted,


                                          __/s/_William F. Gibson II_____
                                          William F. Gibson II (VA Bar No. 45397)
                                          wgibson@shulmanrogers.com
                                          SHULMAN ROGERS, P.A.
                                          12505 Park Potomac Avenue, 6th Floor
                                          Potomac, Maryland 20854
                                          (301) 230-5200; (301) 230-2891 (fax)
                                          *Counsel for Defendant*

1